## HOSFORD ET AL., SOCIETY'S COMMITTEE IN MARLBOROUGH, v. LORD.

Dissenters from the churches and societies, must pay the debts of the society, incurred before they went off from them.

ERROR to reverse a judgment of a justice, in an action brought by said Lord against said committee, declaring that on the 1st of April A. D. 1787 he dissented from the church and congregation in the society in Marlborough and joined himself to the Episcopal church in Chatham;  that he has

ever since attended the public worship with said Episcopal church and contributed his proportion towards its support; and before the 2d of January A. D. 1788, he obtained from Nathaniel Cornwell, warden and clerk of said Episcopal church, a certificate thereof and lodged the same on said 2d of January A. D. 1788, with the clerk of said society in Marlborough, and that the defendants being a society's committee of said Marlborough, for the year A. D. 1788, and not being ignorant of the matters aforesaid, did make a rate of four pence on the pound, upon the list of the inhabitants of said Marlborough, which was given in, in the year A. D. 1787, including the plaintiff's list, which was £155 10s. 3d.; and in said bill inserted the plaintiff's name with the sum of £2 11s. 8d. annexed; and have caused the same to be collected of the plaintiff, without law and right; for that no such tax was granted by said society of Marlborough, or in any otherwise; damage £    .

Plea in bar — That Mr. David Huntington in A. D. 1787 was, and for many years before had been and still is, the minister of said Congregational church in said Marlborough, regularly ordained and settled; and that said society covenanted and agreed to give him £90 per annum for his salary; and that on the 27th of December A. D. 1787, the plaintiff being an inhabitant of and belonging to said society, at a legal society meeting held in said society, voted and granted the sum of £90 to said Mr. Huntington for the year A. D. 1787, and appointed the defendants a committee to make said rate, etc. which they did and caused it to be collected. To which plea the plaintiff demurred.    The justice gave judgment that said plea was insufficient, and for the plaintiff to recover.

Error assigned — That said plea ought to have been judged sufficient.

Judgment — That there is manifest error in the judgment complained of; because the tax is for a debt which had been incurred before the defendant dissented from the society in said Marlborough.